**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LUIS MIGUEL GUAREPE ROSAL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-3267-G** |
| | ) | |
| **FRED FIGUEROA[1], et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**
**(*Revised September 21, 2026*)**

Petitioner Luis Miguel Guarepe Rosal, a non-citizen proceeding with counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") challenging his/her detention by the U.S. Immigration and Customs Enforcement ("ICE").[2] (Doc. 1). United States District Judge Charles B. Goodwin referred the matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B)-(C). (Doc. 3). The undersigned has examined Petitioner's petition for writ of habeas corpus and now orders as follows:

---

[1] Fred Figueroa, who is the Warden of Diamondback Correctional Facility, is a proper respondent in this action. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004). "If a petitioner names the wrong respondent, this Court may simply substitute the correct party." *Dopp v. McCoin*, No. CIV-18-520-D, 2019 WL 3071984, at *2 (W.D. Okla. Feb. 28, 2019), *adopted*, 2019 WL 1952693 (W.D. Okla. May 2, 2019). The undersigned does so here by adding Fred Figueroa.

[2] Petitioner is housed at the Diamondback Correctional Facility in Watonga, Oklahoma. (Doc. 1, at 1).

1. **Not later than 14 days,** Respondents shall file an answer, motion, or other response consistent with Rule 5 of the Rules Governing Section 2254 Cases.[3]

2. If Respondents file an answer or other response, Petitioner may file a reply within **7 days** from the filing date. *See* Rule 5(e). If Respondents file a motion, Petitioner shall file a response within 7 days after the date the motion was filed. Any motion that is not opposed within 7 days may, in the discretion of the court, be deemed confessed. *See* LCvR 7(g).

3. The Petition alleges that Petitioner is being held within the territorial jurisdiction of the Western District of Oklahoma. So that counsel may have knowledge of Petitioner's whereabouts and maintain the ability to communicate with Petitioner:

   a. Respondents shall file written notice at least seventy-two hours before removing, transferring, relocating, or otherwise moving Petitioner, regardless of whether the new location is within the territorial jurisdiction of the Western District of Oklahoma. This obligation shall continue if Petitioner is transferred out of this Court's territorial jurisdiction.

   b. If Respondents contest that Petitioner is presently being held within the territorial jurisdiction of the Western District of Oklahoma, they shall file a written notice stating the name and location of the facility in which Petitioner is confined. Such notice shall be provided promptly after Respondents become aware of Petitioner's location.

4. Respondents shall notify their counsel within 24 hours of Petitioner's removal from the United States, release from ICE custody, or transfer to another facility. Upon receipt of such notice, or upon independent discovery of the same, Respondents' counsel shall file a notice with the Court within 24 hours advising of such transfer, removal, or release. Similarly, Petitioner shall notify his/her counsel as soon as feasible after removal, release, or transfer. Upon receipt of such notice, or upon independent discovery of the same, Petitioner's counsel shall file a notice with the Court within 24 hours advising of such transfer, removal, or release.

5. The Clerk of Court is directed to send copies of the Petition (Doc. 1) and this Order to the United States Attorney for the Western District of Oklahoma on

[3] The Court may apply the Rules Governing 28 U.S.C. § 2254 Cases to habeas petitions arising under 28 U.S.C. § 2241. See Rule 1(b) of the Rules Governing Section 2254 Cases.

Respondents' behalf at the following address: 210 W. Park Ave., Suite 400, Oklahoma City, Oklahoma 73102.

IT IS SO ORDERED this 16th day of November, 2026.

Amanda L. Maxfield

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE